UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SANDRA HANCOCK, | ) | |
| | ) | CIVIL NO. C09-5343RJB-JRC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR EXTENSION OF TIME TO |
| MICHAEL J. ASTRUE, | ) | FILE PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Opening Brief shall be filed on or before October 27, 2009, Defendant's Answering Brief shall be filed on or before December 3, 2009 and Plaintiff's Reply Brief shall be filed on or before December 24, 2009. Request for oral argument shall be filed on or before December 31, 2009.

DATED this 6th day of October, 2009.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [09-5343 JRC] - 1