UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HANCOCK,

               Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

               Defendant.

CASE NO. C09-5343RJB

ORDER

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The matter is therefore REMANDED to the administration for further consideration; and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 2nd day of April, 2010.

                                            ROBERT J. BRYAN
                                            United States District Judge

ORDER - 1