# United States District Court

WESTERN DISTRICT OF WASHINGTON

SANDRA HANCOCK

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C09-5343RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Court adopts the Report and Recommendation; and

(2) The matter is therefore REMANDED to the administration for further consideration.

| April 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk